IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JONATHAN C. MIGLIN,,

       Plaintiff,

vs.                                      CIV 14-0786 KG/KBM

WYOMING/TERRACE,
A LIMITED LIABILITY COMPANY,

       Defendant.

ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte*.   On August 13, 2014, Plaintiff filed an

*Amended Petition for Damages and Writ of Replevin* against Defendant in the Fourth Judicial

District Court, County of San Miguel, State of New Mexico.   On August 29, 2014, Defendant

removed that case to this Court pursuant to 28 USC §§ 1446(a).  Defendant claims removal is

proper because this Court has jurisdiction over this matter pursuant to 28 USC §§ 1332 and

1441(b).  However, based on what Defendant has represented in its Notice of Removal this Court

fails to see diversity jurisdiction in this case.

THEREFORE, this Court orders that counsel appear in person at the United States

Courthouse, 333 Lomas Blvd. NW, 3rd Floor Rio Grande Courtroom, in Albuquerque, New

Mexico, on Friday, November 7, 2014 at 2:00 p.m., in order for Defendant's attorneys to explain

why this case should not be remanded to the Fourth Judicial District Court, County of San

Miguel, State of New Mexico.

IT IS HEREBY ORDERED.

_____
UNITED STATES DISTRICT JUDGE