IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JONATHAN C. MIGLIN,

    Plaintiff,

vs.                                                                                                  Civ. No. 14-0786 KG/KBM

WYOMING/TERRACE,
A LIMITED LIABILITY COMPANY,

    Defendant.

## ORDER QUASHING ORDER TO SHOW CAUSE

On October 27, 2014, the Court entered an Order to Show Cause which asked Defendant "to explain why this case should not be remanded to the Fourth Judicial District Court, County of San Miguel, State of New Mexico." (Doc. 17). On November 7, 2014, the Court held a hearing on the Order to Show Cause. Present at the hearing were James Chavez, counsel for Defendant, and Nancy Richards, counsel for Plaintiff.

Having considered the argument of counsel, the Court hereby finds that it has subject matter jurisdiction over this matter. Consequently, the Court quashes the Order to Show Cause. In addition, the Court will ask the Magistrate Judge to place this case on an expedited schedule.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE