IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JONATHAN C. MIGLIN,
    Plaintiff,

v.                                       NO 1:14-cv-00786-KG-KBM

WYOMING/TERRACE,
A LIMITED LIABILITY COMPANY,
    Defendant.

### ORDER REMANDING TO STATE COURT

This matter came before the court on the Stipulated Motion of the parties hereto, the court having reviewed the motion and the file and in all other matters being fully informed hereby FINDS,

The Stipulated Motion for remand to state court is well taken, it is hereby Ordered, Adjudged and Decreed that the within matter be remanded back to the Fourth Judicial District Court, County of San Miguel, State of New Mexico.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Submitted and approved:

_____
Anna Aragon, Attorney for Plaintiff

Approved:

_____
James Chavez, Attorney for Defendants